UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard L. Heller,

Plaintiff,

v.

Razor USA L.L.C., a California Limited Liability Company,

Defendant.

Civ. File No. 01-1203 (PAM/JGL)

**ORDER**

---

Plaintiff Richard Heller seeks permission of the Court pursuant to Local Rule 7(g) to file a motion for reconsideration of this Court's Order of October 25, 2001 (Clerk Doc. No. 13), granting Defendant's Motion to Dismiss for Improper Venue, and dismissing Heller's Complaint without prejudice. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." L.R.7(g). In his letter to the Court, Heller raises no compelling circumstances that would merit reconsideration of the Order. Therefore, Heller's request for permission to file a motion to reconsider is **DENIED**.

Dated: December 10, 2001

Paul A. Magnuson
United States District Court Judge

DEC 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK